UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
MARLON QUAN,                                                  :   **ORDER**
:
                      Plaintiff,                 :   09 Civ. 6005 (AKH)
:   09 Civ. 6006 (AKH)
       -against-                                             :   09 Civ. 6008 (AKH)
:   09 Civ. 8196 (AKH)
PRIDECO CAPITAL MANAGEMENT, LLC,                              :
:
                      Defendant.                 :
------------------------------------------------------------- :
FLORENE HO QUAN,                                              :
:
                      Plaintiff,                 :
:
       -against-                                             :
:
PRIDECO CAPITAL MANAGEMENT, LLC,                              :
:
                      Defendant.                 :
------------------------------------------------------------- :
KENNY CHIN,                                                   :
:
                      Plaintiff,                 :
:
       -against-                                             :
:
PRIDECO CAPITAL MANAGEMENT, LLC,                              :
:
                      Defendant.                 :
------------------------------------------------------------- :
PRIDECO CAPITAL MANAGEMENT, LLC,                              :
:
                      Plaintiff,                 :
:
       -against-                                             :
:
MARLON QUAN, et al.                                           :
:
                     Defendants.                :
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

1

The parties in the above actions withdraw all pending motions on consent. The parties waive all rights to arbitrate the claims they allege, all to be recited in a stipulation they will prepare.

The clerk shall mark the motions (09 Civ 6005: Doc. No. 5) (09 Civ. 6006: Doc. No. 5) (09 Civ. 6008: Doc. No. 5) (09 Civ. 8196: Doc Nos. 4 and 5) as terminated. The clerk shall also mark 09 Civ. 6005, 09 Civ. 6006, and 09 Civ. 6008, as closed.

SO ORDERED.

Dated: November /3 2009
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge